309 So.2d 495

**In re John Henry RUSSELL**

**v.**

**STATE.**

**Ex parte John Henry Russell.**

**SC 1005.**

Supreme Court of Alabama.

March 6, 1975.

Richard D. Lane, Auburn, for petitioner.

No brief for the State.

HEFLIN, Chief Justice.

Petition of John Henry Russell for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Russell v. State, 54 Ala.App. ——, 309 So.2d 489.

Writ denied.

BLOODWORTH, MADDOX, FAULKNER and EMBRY, JJ., concur.

304 So.2d 242

**In re Bobby Joe SCHULL**

**v.**

**STATE.**

**Ex parte Bobby Joe Schull.**

**SC 1042.**

Supreme Court of Alabama.

Nov. 27, 1974.

Lewis H. West, Decatur, for petitioner.

No brief for the State.

COLEMAN, Justice.

Petition of Bobby Joe Schull for certiorari to Court of Criminal Appeals to review and revise the judgment and decision of that court in Schull v. State, 293 Ala. 773, 304 So.2d 242.

Writ is denied for failure of the petition to comply with Rule 39.

Writ denied.

HEFLIN, C. J., and BLOODWORTH, McCALL and JONES, JJ., concur.